FILED: September 8, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-1350 (L)
(3:23-cv-00725-HEH)

---

RICHARD D. KELLY

Plaintiff - Appellant

v.

ALTRIA CLIENT SERVICES, LLC; DEFERRED PROFIT-SHARING PLAN FOR SALARIED EMPLOYEES; FIDELITY WORKPLACE SERVICES, LLC

Defendants - Appellees

---

No. 25-2080
(3:23-cv-00725-HEH)

---

RICHARD D. KELLY

Plaintiff - Appellant

v.

ALTRIA CLIENT SERVICES, LLC; DEFERRED PROFIT-SHARING PLAN FOR SALARIED EMPLOYEES; FIDELITY WORKPLACE SERVICES, LLC

Defendants – Appellees

# O R D E R

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Quattlebaum, Judge Benjamin, and Judge Berner.

For the Court

/s/ Nwamaka Anowi, Clerk