FILED: September 16, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-1350 (L)
(3:23-cv-00725-HEH)

---

RICHARD D. KELLY

Plaintiff - Appellant

v.

ALTRIA CLIENT SERVICES, LLC; DEFERRED PROFIT-SHARING PLAN FOR SALARIED EMPLOYEES; FIDELITY WORKPLACE SERVICES, LLC

Defendants - Appellees

---

No. 25-2080
(3:23-cv-00725-HEH)

---

RICHARD D. KELLY

Plaintiff - Appellant

v.

ALTRIA CLIENT SERVICES, LLC; DEFERRED PROFIT-SHARING PLAN FOR SALARIED EMPLOYEES; FIDELITY WORKPLACE SERVICES, LLC

Defendants - Appellees

# MANDATE

The judgment of this court, entered August 10, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*