**No. 25-1350(L)**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

**RICHARD D. KELLY,**

*Plaintiff-Appellant,*

**v.**

**ALTRIA CLIENT SERVICES, LLC; DEFERRED PROFIT-SHARING PLAN FOR SALARIED EMPLOYEES; FIDELITY WORKPLACE SERVICES, LLC,**

*Defendants-Appellees.*

**RICHARD D. KELLY, ALTRIA CLIENT SERVICES, LLC, AND DEFERRED PROFIT-SHARING PLAN FOR SALARIED EMPLOYEES' JOINT MOTION TO WITHDRAW PENDING MOTIONS**

The parties have reached an agreement to resolve all pending claims and motions in this matter. In light of this resolution, Appellees Altria Client Services, LLC and Deferred Profit-Sharing Plan for Salaried Employees hereby withdraw their pending Motion for Appellate Attorney's Fees. (*See* Dkt. 93). Likewise, Appellant Richard D. Kelly withdraws his pending Motion for Attorney's Fees and Costs Under 29 U.S.C. § 1132(g)(1) of ERISA. (*See* Dkt. 94).

Respectfully submitted,

*/s/ Michael S. Shebelskie*

Michael R. Shebelskie
Kevin S. Elliker
Alex B. Chumbley
HUNTON ANDREWS KURTH LLP
951 E. Byrd Street
Richmond, VA 23219
(804) 788-8200
mshebelskie@Hunton.com

*Counsel for Altria Client Services, LLC and Deferred Profit-Sharing Plan for Salaried Employees, Appellees*

/s/ Richard F. Hawkins, III
Richard F. Hawkins, III
The Hawkins Law Firm, PC
2222 Monument Avenue
Richmond, VA 23220
(804) 308-3040
rhawkins@thehawkinslawfirmpc.com
*Counsel for Richard D. Kelly, Appellant*

SEEN:
/s/ Eric D. Field
Alexander P. Berg
Eric D. Field
Steven J. Silver
Littler Mendelson, P.C.
1800 Tysons Boulevard
McLean, VA 22102
(703) 442-8425
aberg@littler.com

*Counsel for Fidelity Workplace Services, LLC, Appellee*

## CERTIFICATE OF SERVICE

I certify that the foregoing has been filed on November 23, 2026, using the Court's CM/ECF system, which will serve notice on all counsel of record.

*/s/ Michael R. Shebelskie*
Michael R. Shebelskie